IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-CR-22-1-FL

UNITED STATES OF AMERICA,    )
                             )
                             )
v.                           )    ORDER
                             )
                             )
                             )
JAQUARIES WASHINGTON,        )

FILED IN OPEN COURT
ON 4/18/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

This matter came before the court for hearing on motion by James A. Martin, attorney for the defendant, seeking leave to withdraw as defense counsel (DE 23). For good cause shown, the court concludes that James A. Martin should be allowed to withdraw as counsel for defendant.

It is hereby ordered that the motion is GRANTED. The Court ORDERS the Office of the Federal Public Defender to appoint new counsel for defendant, Jaquaries Washington. It is also ORDERED that the arraignment is continued to the court's June 4, 2019, term in New Bern.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 18 day of April, 2019.

ROBERT B. JONES, JR.
United States Magistrate Judge